### JOHNSON *et al. v.* KENT.

HINES, J. 1. Attached to the bill of exceptions is a certificate in due form for the judge's signature, but the same is unsigned by the judge. Beneath the blank prepared for the judge's signature is this memorandum: "In considering the above case I considered the deed attached to the agreed statement of facts as controlling and fixing the rights of the parties, and based my judgment thereon. I did not consider the oral testimony as altering the rights of the parties." This memorandum is dated and signed by the judge officially. *Held,* that the bill of exceptions has not been duly certified and for lack of such certificate the writ of error must be dismissed. *Daniel* v. *First National Bank of Millen,* 159 *Ga.* 127 (124 S. E. 881).

2. Besides, service of what purports to be the bill of exceptions was not effected, acknowledged, or waived; and for this reason the writ of error must be dismissed. *Morris* v. *Wilson,* 159 *Ga.* 522 (126 S. E. 795).          *Writ of error dismissed. All the Justices concur.*

           No. 4963. AUGUST 13, 1925.

Partition, etc.　Before Judge Strange.　Jenkins superior court. April 14, 1925.

*F. G. Rabb* and. *William Woodrum,* for plaintiffs in error.

*G. C. Dekle,* contra.